UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL AUSTIN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:17-cv-12498-IT<br>*<br>*<br>*<br>*<br>* |

Order of Dismissal

January 21, 2020

TALWANI, D.J.

　　Pursuant to the court's Memorandum and Order [#44] allowing Defendant's Motion to Compel Arbitration and Dismiss Complaint [#5], it is hereby ordered that the above-entitled action be DISMISSED. This case is CLOSED.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge