# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL AUSTIN, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiffs, ) v. ) ) DOORDASH, INC., ) ) Defendant. ) ) | C. A. No. 1:17-CV-12498-IT |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Darnell Austin hereby appeals from the Court's order granting Defendant DoorDash, Inc.'s Motion to Dismiss and Compel Arbitration (Dkt. 44) and Order of Dismissal (Dkt. 45).

Dated: February 20, 2020

Respectfully submitted,

DARNELL AUSTIN, on behalf of himself and all others similarly situated,

By his attorneys,

   *s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, BBO # 640716
Adelaide Pagano, BBO # 690518
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
617-994-5800
sliss@llrlaw.com
apagano@llrlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 20th day of February 2020, via the CM/ECF system to:

Michael Mankes (BBO No. 662127)
Francis J. Bingham (BBO No. 682502)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, Massachusetts 02110
(T) (617) 378.6000
(F) (617) 737.0052
mmankes@littler.com
fbingham@littler.com

                                                        */s/ Shannon Liss-Riordan*
                                                        Shannon Liss-Riordan, Esq.